UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSE ALFREDO HERNANDEZ POSADA, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) NO. 3:22-cv-00070<br>) |
| ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i). (Doc. No. 13) Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE